Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Daniel Tapia,<br><br>　　　　Plaintiff,<br>　　v.<br><br>Kaiser Foundation Hospitals,<br><br>　　　　Defendant. | Case No. 2:22-cv-06556-FMO-JEM<br><br>**NOTICE OF SETTLEMENT** |

　　Plaintiff Christopher Daniel Tapia hereby notifies the Court that the parties have reached a global settlement in this case. Plaintiff will file dispositional documents no more than 45 days from today's date.

　　Respectfully submitted,

　　Dated: November 8, 2022　　　　　　　　　　Law Office of Rick Morin, PC

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Richard Morin*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　By: Richard Morin
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff