Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Daniel Tapia,<br><br>    Plaintiff,<br>v.<br><br>Kaiser Foundation Hospitals,<br><br>    Defendant. | Case No. 2:22-cv-06556-FMO-JEM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

    Plaintiff Christopher Daniel Tapia voluntarily dismisses this entire action of all parties and causes of action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    Respectfully submitted,

Dated: December 15, 2022                    Law Office of Rick Morin, PC

                                                        _____
                                                        By: Richard Morin
                                                       Attorney for Plaintiff